ROBERT G. STUART, Respondent, v. FREDERICK J. BITTNER, JR., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

JAMES TWYMAN, Respondent, v. VICTOR C. ANDERSON, Appellant.— Judgment affirmed, with costs. No opinion. Young, Kapper, Scudder and Tompkins, JJ., concur; Lazansky, P. J., dissents and votes for reversal and a new trial, with the following memorandum: The case was submitted to the jury on the theory that it was the duty of plaintiff in the exercise of reasonable care to look and observe, at reasonable intervals while working in the highway, as to whether or not there were approaching vehicles. There is no proof that plaintiff looked and observed as required pursuant to the court's charge.

U. S. GUTTA PERCHA PAINT COMPANY, Respondent, v. BEADED SCREEN CORPORATION, Appellant.— Order and judgment of the County Court of Nassau county reversed upon the law, with ten dollars costs and disbursements, and motion for summary judgment denied, with ten dollars costs. The papers on this motion show there are issues of fact to be tried as to whether or not plaintiff was transacting business in the State of New York, and whether or not a contract for the sale and delivery of the goods was made in the State of New York, without authority required under article 13 of the General Corporation Law. Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ., concur.

ANTONINA VALENTI, as Administratrix, etc., of DOMINICK VALENTI, Deceased, in Place of DOMINICK VALENTI, Respondent, v. MUNSON STEAMSHIP LINE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

SARAH ZIMRING, Appellant, v. JOSEPH KALFUS, Respondent.— Judgment reversed upon the law and the facts and a new trial granted, costs to abide the event. It is our opinion that the plaintiff made out a *prima facie* case on the question of defendant's having undertaken to repair the stairway and having done it in a negligent manner. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

MARIE KRANZ, Respondent, v. JESBERM HOLDING CORPORATION, Appellant.— Application denied, with ten dollars costs.

JOSEPH STEIN, Respondent, v. HARRY FELDMAN, Appellant.— Application denied, with ten dollars costs.

In the Matter of the Application of ROBERT S. JUDGE for Admission to the Bar. (From the States of West Virginia and Pennsylvania.) — Application granted. Present — Lazansky, P. J., Carswell, Scudder and Tompkins, JJ.

In the Matter of the Petition of SAMUEL M. MEEKER for the Settlement of His Intermediate Account as Successor Trustee under the Last Will and Testament of AUGUSTUS A. LEVERICH, Deceased. BENJAMIN GROBERG, as Receiver, etc., of A. LYLE LEVERICH, Deceased, and Others, Appellants; CHRISTOPHER W. WOHLERS, Respondent.— Motion to direct the taking of evidence and to stay receiver denied, with ten dollars costs to respondent, payable out of the estate. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.